

FILED

2016 OCT 13 PM 4: 06

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 5:16 CR 0325 |
| | ) | |
| STEVEN D. DANIELS, | ) | Title 21, §§ 841(a)(1), (b)(1)(C), |
| | ) | and (b)(1)(B)(vi), United States |
| Defendant. | ) | Code |

JUDGE NUGENT

COUNT 1

The Grand Jury charges:

On or about April 2, 2016, in the Northern District of Ohio, Eastern Division, the defendant, STEVEN D. DANIELS, did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of Fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

ENHANCED PENALTY UNDER TITLE 21,
UNITED STATES CODE, SECTION 841(b)(1)(C)
(Death or Serious Bodily Injury Resulting from Use of Controlled Substance)

The Grand Jury further charges:

The allegations of Count 1 are hereby re-alleged and incorporated by reference herein. It is further alleged that on or about April 2, 2016, in Akron, Ohio, a person whose identity is

known to the Grand Jury (T.B.) did fatally ingest and overdose on a controlled substance, namely Fentanyl, which had been distributed by STEVEN D. DANIELS to T.B. (the deceased person).

## COUNT 2

The Grand Jury further charges:

On or about May 26, 2016, in the Northern District of Ohio, Eastern Division, the defendant, STEVEN D. DANIELS, did knowingly and intentionally possess with intent to distribute approximately 330.27 grams of a mixture and substance containing a detectable amount of Fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

## FORFEITURE

The Grand Jury further charges:

For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of counts one through two are incorporated herein by reference. As a result of the foregoing offenses, STEVEN D. DANIELS shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violations; and any and all of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.